## Florence Fritsch, Plaintiff-Appellee, v. Velda Swanson, Defendant-Appellant.

### Gen. No. 10,926.   (Abstract of Decision.)

Second District.
June 27, 1956.
Released for publication July 14, 1956.

Shaw & Chamberlain, for appellant; no brief filed for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.